ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 5 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. |
| | 3-08CV1066-N |
| v. | COMPLAINT |
| CHAMPION NATIONAL SECURITY, INC., | JURY TRIAL DEMAND |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of religion and to make whole Sukhdev Singh Brar. The Defendant violated Title VII by discriminating against Sukhdev Singh Brar on the basis of religion, Sikh, by refusing him employment and failing or refusing to accommodate his religious beliefs. Wearing a beard and turban are part of the Sikh religion. Defendant refused to hire Sukhdev Singh Brar because he wears a beard and turban.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. Section 2000e5(f)(1) and

**COMPLAINT**

(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2. The employment practices alleged to be unlawful were and are being committed within the jurisdiction of the United States District Court for the Northern District of Texas.

## PARTIES

3. The Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(a) of Title VII, 42 U.S.C. Section 2000e-5(a).

4. At all relevant times, the Defendant has been and is now doing business in the State of Texas, and has continuously had at least fifteen employees.

5. At all relevant times, the Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Sukhdev Singh Brar filed a charge with the Commission alleging violations of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 18, 2005, the Defendant has engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Specifically, Sukhdev Singh Brar was denied hire for the position of security officer with the Defendant.

8. Sukhdev Singh Brar was qualified for the position. Sukhdev Singh Brar completed the application process and was interviewed for the position. During the interview, Sukhdev Singh

**COMPLAINT**

Brar was informed by the Defendant that he could not be hired because wearing a beard and turban was against company policy. Sukhdev Singh Brar was told he could be hired if he would shave his beard and remove his turban. Sukhdev Singh Brar informed Defendant that shaving his beard and removing his turban was against his Sikh religion. The Defendant has engaged in unlawful employment practices by failing or refusing to reasonably accommodate Sukhdev Singh Brar's religious beliefs.

9. The effects of the practices complained of above have been to deprive Sukhdev Singh Brar of equal employment opportunities and to otherwise adversely affect his status as an applicant or employee because of his religious beliefs.

10. The unlawful employment practices complained of in paragraphs 7-8 above were intentional.

11. The unlawful employment practices complained of in paragraphs 7-8 above were done with malice or with reckless indifference to the federally protected rights of Sukhdev Singh Brar.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of religion and, specifically, from failing to accommodate the religious belief of applicants or employees.

B. Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from subjecting its employees to

**COMPLAINT**

retaliatory treatment in violation of Title VII.

C. Order the Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for Sukhdev Singh Brar which eradicate the effects of its past and present unlawful employment practices.

D. Order the Defendant to make whole Sukhdev Singh Brar by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to, rightful-place reinstatement.

E. Order the Defendant to make whole Sukhdev Singh Brar by providing compensation for past and future pecuniary losses resulting from the unlawful practices described in paragraphs 7-8 above, including but not limited to lost wages, job search expenses, medical expenses and other benefits in amounts to be determined at trial.

F. Order the Defendant to make whole Sukhdev Singh Brar by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices described in paragraphs 7-8 above, including emotional pain, suffering, humiliation and inconvenience in amounts to be determined at trial.

G. Order the Defendant to pay Sukhdev Singh Brar punitive damages for its malice or reckless indifference described in paragraphs 7-8 above in an amount to be determined at trial.

H. Grant such further relief as the Court deems necessary and proper.

I. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

**COMPLAINT**

Respectfully submitted,

RONALD COOPER
General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

WILLIAM C. BACKHAUS
Senior Trial Attorney
Texas Bar No. 01493850

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2742
(FAX) 253-2749

**COMPLAINT**

JS 44 (Rev. 3/99)     Case 3:08-cv-01066-N    Document 1    Filed 06/25/08    Page 6 of 6    PageID 6

CIVIL COVER SHEET    3-08CV1066-N

ORIGINAL

JUN 25 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
U. S. Equal Employment Opportunity Commission

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William C. Backhaus, Trial Attorney
EEOC-Dallas District Office
207 South Houston St., 3rd Floor
Dallas, TX 75202   (214) 253-2742

### DEFENDANTS
Champion National Security, Inc.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

X 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |   Liability    ☐ 365 Personal Injury — |   of Property 21 USC |   28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
|   & Enforcement of Judgment |   Slander    ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights |   Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |   Liability    Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
|   Student Loans | ☐ 340 Marine    **PERSONAL PROPERTY** |   Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
|   (Excl. Veterans) | ☐ 345 Marine Product   ☐ 370 Other Fraud | ☐ 690 Other | |   Exchange |
| ☐ 153 Recovery of Overpayment |   Liability    ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
|   of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** |   12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract |   Product Liability   ☐ 385 Property Damage |   Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury   Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | X 442 Employment   Sentence |   & Disclosure Act | |   Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land |   Accommodations   ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff |   Determination Under Equal |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare    ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation |   or Defendant) |   Access to Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights   ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| |    ☐ 550 Civil Rights |   Security Act |   26 USC 7609 |   State Statutes |
| |    ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Champion National Security, Inc., discriminated against Sukhdev Singh Brar on the basis of religion, Sikh, by refusing him employment and failing or refusing to accommodate his religious belief. Wearing a beard and turban are part of the Sikh religion.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____    DOCKET NUMBER _____

DATE 6/25/08    SIGNATURE OF ATTORNEY OF RECORD /s/ William Backhaus

**FOR OFFICE USE ONLY**
RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____